UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: Michael Ruffin El,

   v.

United States.

Case No.  1:25-mc-002

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 21, 2025 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's R&R (Doc. 4) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.**  Consistent with the recommendation by the Magistrate Judge, this case is **DISMISSED SUA SPONTE WITH PREJUDICE** for failure to prosecute. Plaintiff is warned that a continued practice of initiating duplicative "miscellaneous" actions without payment of the requisite filing fee for a civil action or a motion to *proceed in forma pauperis*, and without the filing of a valid complaint, may result in sanctions. This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Order would not be taken in good faith.

   **IT IS SO ORDERED.**

                                        s/Michael R. Barrett
                                        Michael R. Barrett, Judge
                                        United States District Court